STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 1440
LOS ANGELES, CALIFORNIA  90010
(213) 385-6926
Fax (213) 385-3313
stevenjeyre@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

321 North Spring Street, Los Angeles, CA  90012

| | |
|---|---|
| JOSE QUIROZ,<br><br>           Plaintiff,<br><br>     -vs.-<br><br>VICTOR ALVAREZ, et al.,<br><br>           Defendants. | **No. CV 11-04722 DSF (Ex)**<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br>**Hon. Dale S. Fischer** |

Plaintiff Jose Quiroz filed this action for federal trademark infringement and unfair competition under 15 U.S.C. § 1125(a)(1)(A), for dilution under 15 U.S.C. § 1125(c), for commercial disparagement under 15 U.S.C. § 1125(a)(1)(B), for state law trade name infringement and dilution under California Business & Professions Code §§ 14330 et seq. and §§ 14402 et seq., and for common law interference with prospective business advantage, accounting and injunctive relief.  The parties to this action have stipulated to settlement of this action without adjudication of any issue of fact or law.

-1-

*Quiroz vs. Alvarez/*Case No. CV 11-04722                    **JUDGMENT AND PERMANENT INJUNCTION**

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## FINDINGS

1. This Court has jurisdiction over the claims brought by plaintiff under 28 U.S.C. §§ 1331 and 1138(a), and under 15 U.S.C. § 1125(a)(1)(A), 15 U.S.C. § 1125(a)(1)(B) and 15 U.S.C. § 1125(c), as well as over plaintiff's supplemental state law claims, as provided under 28 U.S.C. § 1367. This Court has jurisdiction over the parties.

2. Venue in the Central District of California, United States District Court ("this federal district"), is proper as to all parties.

3. Plaintiff Jose Quiroz, as the licensee and representative of Salvador Lizarraga, has standing to assert the claims for relief set forth in the Complaint herein.

4. The Complaint herein states claims against defendant Victor Alvarez upon which relief can be granted.

5. Defendant Victor Alvarez has withdrawn all of his affirmative defenses to the First Amended Complaint with prejudice.

6. Defendant Victor Alvarez has entered into a Stipulation for Entry of Judgment and Permanent Injunction (hereafter "Stipulation") freely and without coercion.

7. Defendant Victor Alvarez acknowledges that he has read the provisions of the Stipulation as well as this Judgment and Permanent Injunction (hereafter "Judgment") and will abide by them.

8. Plaintiff and Defendant have waived all rights to appeal or otherwise challenge or contest the validity of this Judgment.

## ORDER

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and

-2-

*Quiroz vs. Alvarez/*Case No. CV 11-04722      **JUDGMENT AND PERMANENT INJUNCTION**

the parties hereto.

2. Judgment is hereby entered in favor plaintiff Jose Quiroz and against defendant Victor Alvarez on all causes of action of the Complaint.

3. Defendant Victor Alvarez, his officers, agents, servants and employees, and those persons in active concert or participation with him who receive actual notice of this Order by personal service or otherwise are hereby PERMANENTLY ENJOINED AND RESTRAINED from engaging in or performing any of the following acts:

a. Using the mark "Banda Limón," "Banda El Limón," the related marks "La Original Banda El Limón", "La Original Banda El Limón de Salvador Lizárraga," or any name or identification which contains the word "Limón," as well as, and including, the letters "BL," in connection with advertising or promoting of musical services or products of defendant or defendant's musical group, or any person in active concert or participation with defendant;

b. Using the mark "Banda Limón," "Banda El Limón," the related marks "La Original Banda El Limón", "La Original Banda El Limón de Salvador Lizárraga," or any name or identification which contains the word "Limón," as well as, and including, the letters "BL," in any manner for the purpose of enhancing the commercial value of the musical services or products of defendant or defendant's musical group, or any person in active concert or participation with defendant;

c. Contacting promoters, advertisers or other business for the purposes of offering the musical services or products of defendant, or any person in active concert or participation with defendant, in connection with the mark "Banda Limón," "Banda El Limón," the related marks "La Original Banda El Limón", "La Original Banda El Limón de Salvador Lizárraga," or any name or identification which contains the word "Limón," as well as, and including the letters "BL."

d. Utilizing the color green on advertising or promotion of the musical

-3-
*Quiroz vs. Alvarez/*Case No. CV 11-04722                    **JUDGMENT AND PERMANENT INJUNCTION**

services or products of defendant or defendant's musical group, or on the uniforms or other clothing or jewelry worn by the members of defendant's musical group in connection with the musical services and products of defendant and defendant's musical group.

4. This Court shall have continuing jurisdiction over the Stipulation and the Judgment of Permanent Injunction and over the parties to enforce the terms of the same and to hear motions and applications for contempt or any other related matter.

5. The parties shall be entitled to conduct post-judgment discovery for the purpose of determining compliance and enforcing the terms of this Judgment and Permanent Injunction.

6. Defendant Victor Alvarez is notified that as he has consented to electronic service in this action, pursuant to Rule 5 of the Federal Rules of Civil Procedure and Local Rule L.R.5-3.3 of this Court, service of the Judgment on him by email NEF (Notice of Electronic Filing) shall constitute service under the Federal Rules of Civil Procedure, as well as similar service by email of any notice, motion, discovery or other post-judgment proceeding herein.

IT IS SO ORDERED.

DATE: 12/27/2012

HON. DALE S. FISCHER
United States District Judge

-4-

*Quiroz vs. Alvarez/*Case No. CV 11-04722        **JUDGMENT AND PERMANENT INJUNCTION**